CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

GOODWIN PROCTOR LLP
DAVID D. CROSS, ESQ. (*Pro Hac Vice* forthcoming)
DCross@goodwinlaw.com
1900 N Street, NW
Washington DC 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

GOODWIN PROCTOR LLP
ALICIA RUBIO-SPRING, ESQ.
(*Pro Hac Vice* forthcoming)
ARubio-Spring@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (202) 346-4444

*Attorneys for Defendant Entrata, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

ANGELA BROWN, on behalf of herself and all similarly situated individuals

Plaintiff,

vs.

ENTRATA, INC.,

Defendant,

CASE NO.: 2:26-cv-01040-GMN-MDC

**STIPULATION AND ORDER EXTENDING DEADLINE TO RESPOND TO COMPLAINT**

**(FIRST REQUEST)**

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Angela Brown ("Plaintiff") and Defendant Entrata, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendant shall have an additional 17 days to file its response to Plaintiff's Complaint (ECF No. 1-3). Defendant's original deadline to file its response is April 10, 2026. With an additional 17 days, Defendant's deadline to file its response is extended to April 27, 2026.

Good cause exists for the extension set forth herein. First, prior to Defendant's removal of this matter to the United States District Court for the District of Nevada on April 3, 2026 [ECF No. 1], the Parties had stipulated that Defendant would have until April 27, 2026 to file its response to

1

Plaintiff's Complaint. Second, Defendant requires additional time to evaluate and respond to the numerous allegations in Plaintiff's Complaint. Third, Defendant's counsel has preexisting work commitments that would make complying with existing deadline difficult.

This is the first extension requested for the response to Plaintiff's Complaint and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 7th day of April, 2026

CLAGGETT & SYKES LAW FIRM

By /s/ *Michael J. Gayan*
MICHAEL J. GAYAN, ESQ. (11135)
KATRINA STARK, ESQ. (16006)
1160 N. Town Center Drive, Suite 200
Las Vegas, NV 89144

*Attorneys for Plaintiff Angela Brown and the Putative Class*

[Additional Counsel on Following Page]

DATED this 7th day of April, 2026

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

*Attorneys for Defendant Entrata, Inc.*

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: April 8, 2026

2

MELISSA S. WEINER, ESQ.
RYAN T. GOTT, ESQ.
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
(*Pro Hac Vice forthcoming*)

SOPHIA G. GOLD, ESQ.
KALIELGOLD PLLC
490 43rd Street, Suite 122
Oakland, CA 94609
(*Pro Hac Vice forthcoming*)

JEFFREY D. KALIEL, ESQ.
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(*Pro Hac Vice forthcoming*)

*Attorneys for Plaintiff Angela Brown and
the Putative Class*

GOODWIN PROCTOR LLP
DAVID D. CROSS, ESQ.
(*Pro Hac Vice* forthcoming)
1900 N Street, NW
Washington DC 20036

ALICIA RUBIO-SPRING, ESQ.
(*Pro Hac Vice* forthcoming)
100 Northern Avenue
Boston, MA 02210

*Attorneys for Defendant Entrata, Inc.*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

3