Michael J. Gayan, Esq. (#11135)
Katrina Stark, Esq. (#16006)
CLAGGETT & SYKES LAW FIRM
1160 N. Town Center Drive, Suite 200
Las Vegas, Nevada 89144
Telephone – (702) 655-2346
Facsimile – (702) 655-3763
mike@claggettlaw.com

Melissa S. Weiner, Esq.
(*pro hac vice forthcoming*)
Ryan T. Gott, Esq.
(*pro hac vice forthcoming*)
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
Telephone: (612) 389-0600
Facsimile: (612) 389-0610
mweiner@pwfirm.com
rgott@pwfirm.com

Sophia G. Gold, Esq.
(*pro hac vice forthcoming*)
KALIELGOLD PLLC
490 43rd Street, Suite 122
Oakland, CA 94609
Telephone: (202) 350-4783
sgold@kalielgold.com

Jeffrey D. Kaliel, Esq.
(*pro hac vice forthcoming*)
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
Telephone: (202) 350-4783
jkaliel@kalielpllc.com

*Attorneys for Plaintiff and the
Putative Class*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANGELA BROWN, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ENTRATA, INC.,<br><br>Defendant. | Case No. 2:26-cv-01040-GMN-MDC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL ARBITRATION [ECF NO. 16]**<br><br>**(FIRST REQUEST)** |

## STIPULATION

IT IS HEREBY STIPULATED by and between the parties thereto, through their respective counsel of record, that the deadline for Plaintiff, Angela Bown ("Plaintiff"), to respond to Defendant Entrata, Inc.'s ("Defendant") Motion to Stay Proceedings and Compel Arbitration ("Motion to Compel") will be extended as follows:

1.    Defendant filed its Motion to Compel on April 27, 2026 (ECF No. 16). Under LR7-2(b), Plaintiff's Opposition is currently due May 11, 2026.

2.      WHEREAS Plaintiff requires additional time to file her opposition to the Motion to Compel, the parties stipulate to extend the opposition deadline up to, and including, May 26, 2026.

3.      The parties agree that the requested extension will not prejudice either party, is not sought for purposes of delay and will not impact any other case deadline.

**IT IS SO STIPULATED.**

Dated this 1st day of May, 2026.

CLAGGETT & SYKES LAW FIRM                    GOODWIN PROCTER LLP

/s/ Michael Gayan                            /s/ Alicia Rubio- Spring
Michael J. Gayan, Esq. (#11135)              Alicia Rubio-Spring, Esq. (*pro hac vice*)
Katrina Stark, Esq. (#16006)                 100 Northern Avenue
1160 N. Town Center Drive, Suite 200         Boston, Massachusetts 02210
Las Vegas, Nevada 89144

Melissa S. Weiner (*pro hac vice*)           Philip R. Erwin, Esq. (#11563)
Ryan T. Gott (*pro hac vice forthcoming*)    CAMPBELL & WILIAMS
PEARSON WARSHAW, LLP                          710 South Seventh Street, Suite A
328 Barry Avenue S., Suite 200               Las Vegas, Nevada 89101
Wayzata, MN 55391

Sophia G. Gold (*pro hac vice*)              David D. Cross, Esq. (*pro hac vice*)
KALIELGOLD PLLC                              GOODWIN PROCTER LLP
490 43rd Street, Suite 122                   1900 N. Street, NW
Oakland, CA 94609                            Washington, D.C. 20036

Jeffrey D. Kaliel (*pro hac vice forthcoming*)   *Attorneys for Defendant*
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005

*Attorneys for Plaintiff and the Putative Class*

**IT IS SO ORDERED.**

_____
DISTRICT COURT JUDGE

DATED:    May 5, 2026