CAMPBELL & WILLIAMS
PHILIP R. ERWIN, ESQ. (11563)
pre@cwlawlv.com
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

GOODWIN PROCTOR LLP
DAVID D. CROSS, ESQ. (*Pro Hac Vice*)
DCross@goodwinlaw.com
1900 N Street, NW
Washington DC 20036
Telephone: (202) 346-4000
Facsimile: (202) 346-4444

GOODWIN PROCTOR LLP
ALICIA RUBIO-SPRING, ESQ.
(*Pro Hac Vice*)
ARubio-Spring@goodwinlaw.com
100 Northern Avenue
Boston, MA 02210
Telephone: (617) 570-1000
Facsimile: (202) 346-4444

Attorneys for Defendant Entrata, Inc.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANGELA BROWN, on behalf of herself and all similarly situated individuals<br><br>Plaintiff,<br><br>vs.<br><br>ENTRATA, INC.,<br><br>Defendant, | CASE NO.:  2:26-cv-01040-GMN-MDC<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS AND COMPEL ARBITRATION**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiff Angela Brown ("Plaintiff") and Defendant Entrata, Inc. ("Defendant") (collectively, the "Parties"), by and through their undersigned counsel of record, that Defendant shall have an additional 10 days to file its Reply in Support of Motion to Stay Proceedings and Compel Arbitration (ECF No. 16).  Defendant's original deadline to file its reply is June 2, 2026.  With an additional 10 days, Defendant's deadline to file its reply is extended to June 12, 2026.

Good cause exists for the extension set forth herein.  Initially, Defendant requires additional time to evaluate and respond to the arguments in Plaintiff's opposition (ECF No. 21).  Next,

1

Defendant's counsel has preexisting work commitments that would make complying with existing deadline difficult.

This is the first extension requested for the Reply in Support of Motion to Stay Proceedings and Compel Arbitration and is not made for the purpose of delay.

IT IS SO STIPULATED.

DATED this 1st day of June, 2026

CLAGGETT & SYKES LAW FIRM

By /s/ *Katrina Stark*
MICHAEL J. GAYAN, ESQ. (11135)
KATRINA STARK, ESQ. (16006)
1160 N. Town Center Drive, Suite 200
Las Vegas, NV 89144

*Attorneys for Plaintiff Angela Brown
and the Putative Class*

[Additional Counsel on Following Page]

DATED this 1st day of June, 2026

CAMPBELL & WILLIAMS

By /s/ *Philip R. Erwin*
PHILIP R. ERWIN, ESQ. (11563)
710 South Seventh Street, Suite A
Las Vegas, Nevada 89101

*Attorneys for Defendant Entrata, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____ June 10, 2026 _____

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

MELISSA S. WEINER, ESQ.
RYAN T. GOTT, ESQ.
PEARSON WARSHAW, LLP
328 Barry Avenue S., Suite 200
Wayzata, MN 55391
(*Pro Hac Vice*)

SOPHIA G. GOLD, ESQ.
KALIELGOLD PLLC
490 43rd Street, Suite 122
Oakland, CA 94609
(*Pro Hac Vice*)

JEFFREY D. KALIEL, ESQ.
KALIELGOLD PLLC
1100 15th Street NW, 4th Floor
Washington, D.C. 20005
(*Pro Hac Vice*)

*Attorneys for Plaintiff Angela Brown and
the Putative Class*

GOODWIN PROCTOR LLP
DAVID D. CROSS, ESQ.
(*Pro Hac Vice*)
1900 N Street, NW
Washington DC 20036

ALICIA RUBIO-SPRING, ESQ.
(*Pro Hac Vice*)
100 Northern Avenue
Boston, MA 02210

*Attorneys for Defendant Entrata, Inc.*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

3